1  AARON D. FORD
     Attorney General
2  VICTORIA C. COREY (Bar No. 16364C)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-9245 (phone)
   (702) 486-3773 (fax)
6  Email: vcorey@ag.nv.gov

7  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN, | Case No. 3:23-cv-00103-MMD-CLB |
| Plaintiff | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DAVID DRUMMOND, *et al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jin Ackerman, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 19th day of September, 2023.

DATED this 19th day of September, 2023.
AARON D. FORD
Attorney General

_____
Jin Ackerman #1189373
*Plaintiff, pro se*

/s/ *Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364C)
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __October 16_____, 2023.

_____
UNITED STATES DISTRICT JUDGE